UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

v.

KEITH JENNINGS,

Defendant,

LAW FIRM OF BAACH, ROBINSON
& LEWIS, PLLC,

Petitioners.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FINAL ORDER OF FORFEITURE**
(Ancillary Claim Filed)

Criminal No. 5:98-CR-418(TJM)

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT 29 2007
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton

This Court entered a Supplemental and Amended Preliminary Order of Forfeiture on April 4, 2005, ordering the sum of $17,071.00 in United States Currency be applied as a substitute asset towards Jennings $1.5 million dollar forfeiture money judgment and forfeiting said sum to the United States of America for disposition in accordance with law. Notice of the Supplemental and Amended Preliminary Order of Forfeiture was given by publication on May 2, 2005, May 9, 2005 and May 16, 2005 in the Atlanta Journal-Constitution. Additionally, notice was served upon Keith Jennings on January 12, 2005 at his correctional facility in White Deer, Pennsylvania.

On or about May 13, 2005, Petitioners, Baach, Robinson and Lewis, PLLC, filed a timely petition alleging an interest in a portion [$4,139.10) of the $71,071 in

United States Currency and seeking an amendment of the Supplemental and Amended Preliminary Order of Forfeiture.

Based on the evidence and information presented in the government's memoranda in support of dismissal, as well as the petitioners' responsive memoranda, this Court makes the following determination:

Petitioner, Baach, Robinson & Lewis, PLLC , has failed to establish, by a preponderance of the evidence, that it had a superior right, title or interest in/or was a bona fide purchaser for value of the claimed portion ($4,139.10) of the $17,071 in United States Currency.

**NOW THEREFORE, IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:**

1. The Supplemental and Amended Preliminary Order of Forfeiture, entered in the above captioned action on April 4, 2005, is final, the Court having found by Decision and Order dated and filed with the Court on June 25,2007 that the defendant convicted in the case had an interest in the forfeitable property under the Title 21, United States Code, § 853 and 18 U.S.C. § 982 and all right, title and interest to the property described in the Supplemental and Amended Preliminary Order of Forfeiture – [$17,071 in U.S. Currency] – is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

2. The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

DATED: October 26, 2007

SO ORDERED:

*Thomas J. McAvoy*
HON. THOMAS J. MC AVOY
United States District Judge